Your Name: Devan Featherstone

Address: 7036 Hawthorn Avenue, apt 2, CA 90028

Phone Number: 424 877 3773

Fax Number:N/A

E-mail Address: devanfeatherstone549@gmail.com

Pro Se Plaintiff

FILED
Superior Court of California
County of Los Angeles

JUL 1 4 2023

David W. Slayton, Executive Officer/Clerk of Court
By: G. Carini, Deputy

UNITED STATES ~~DISTRICT COURT~~   OF   N SPRING ST

LOS ANGELES COUNTY SUPERIOR COURT - ~~NORTH~~ CENTRAL DISTRICT - ~~BURBANK~~   OF   OF

Case Number:

23STCV16494

Devan Featherstone
(plaintiff)

Vs

Warner Discovery (defendant)

COMPLAINT

DEMAND
FOR JURY TRIAL

Yes    No

## PARTIES

1. Plaintiff. [Write your name, address, and phone number. Add a page for additional plaintiffs.]

Name: Devan Featherstone
Address: 7036 Hawthorn Ave,apt 2,CA90028
Telephone: 424 877 3773

COMPLAINT PAGE _1__ OF _17__

2. Defendants. [Write each defendant's full name, address, and phone number.]

Defendant 1: Name: _____Warner Discovery_____

Address: _____230 Park Avenue South, New York City 10003 U.S.

Telephone: _____

Defendant 2: Name: _____

Address: _____

Telephone: _____

Defendant 3: Name: _____

Address: _____

Telephone: _____

## JURISDICTION

[Usually only two types of cases can be filed in federal court, cases involving "federal questions" and cases involving "diversity of citizenship." Check at least one box.]

3. My case belongs in federal court

 under federal question jurisdiction because it involves a federal law or right. [Which federal law or right is involved?]


 under diversity jurisdiction because none of the plaintiffs live in the same state as any of the defendants and the amount of damages is more than $75,000.

## VENUE

[The counties in this District are: Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara, and Ventura.

If one of the venue options below applies to your case, this District Court is the correct place to file your lawsuit. Check the box for each venue option that applies.]

4. Venue is appropriate in this Court because:

   a substantial part of the events I am suing about happened in this district.

   a substantial part of the property I am suing about is located in this district.

   I am suing the U.S. government, federal agency, or federal official in his or her official capacity and I live in this district.

   at least one defendant is located in this District and any other defendants are located in California.

## INTRADISTRICT ASSIGNMENT

[This District has seven divisions: (1)Los Angeles (2) Orange (3) Riverside (4) San Bernardino (5)San Luis (6) Santa Barbara (7) Ventura . First write in the county in which the events you are suing about happened, and then match it to the correct division. only if all parties consent to a magistrate judge.]

5. Because this lawsuit arose in _____Los Angeles_____ County, it should be assigned to the _____North Central - Burbank_____ Division of this Court. STATEMENT OF FACTS [Write a short and simple description of the facts of your case. Include basic details such as where the events happened, when things happened and who was involved. Put each fact into a separate, numbered paragraph, starting with paragraph number 6. Use more pages as needed.]

1. At the age of 3 I created Pikachu & the Pokemon company and after this time I started researching and contemplating the Entertainment industry and its significance to the world in regards to telling stories , inspiring people and how this could be used to help communities not just interact with each other , and explore other cultures but how, it could be improved. I then started creating my own content for my own companies, Dreamworks, Pixar and Illumination. Like Pokemon I would then create a brand for each company. For example, Dreamworks would become my Shrek Franchise, Pixar would become my Toy Story franchise and Illumination my Minion franchise, and like my Pokemon I would work on games, marketing , merchandise and branding.

COMPLAINT PAGE _3_ OF _17_

Here I would look at companies like Disney, Warner, Paramount and then I decided that I could create their products and ideas easily & that this would allow me to grow my reputation, my business knowledge and make more money and impact around the world. So the first thing they did from my childhood was defamation of character which they continued when they illegally signed JK Rowling to my Harry Potter franchise and books both of which belong to me both legally & intellectually and illegally copyrighted my production and stole intellectual property.

2. Warner like Disney contracted me with certain movie ideas but I contracted them to specific franchises and original movie ideas that belonged to me via copyright and as my intellectual property as they are still today and indeed after 70 years after my death like, my Harry Potter franchise, Gorillas in the Mist in 1988, an idea I had after speaking with Prince Philip and the now Sir David Attenborough. Along with this I was creating my Blue Planet, Prehistoric Planet, which at the time I conceptualised them being parks or living conservational museum as my classmates would interact with my animatronics I would design and create with my own mind and hands with help of my father, John Winston Featherstone, now deceased due to the crimes committed against me and my family, and so am looking for murder in the first, along with my mother Lynette Featherstone. Their deaths can be directly linked to the crimes committed to us, including this serious fraud, theft and deceit, as well as government negligence, from the executive, judiciary and legislative branches of the United States of America & individuals within the United Kingdom Home office.This would also lead to the world's famous Jurassic park which would never have existed had it not been for me and links to my Jurassic Park Crustacean Camp.

3.That I was solely responsible for creating the long term relationship and contracts with Warner after I acquired DC & created DC Entertainment and Studios having pitched them my original comic idea Smallville which I later turned into a live action production which changed the comic franchise and tv industry. I would hand pick Erica (Durance) and Tom (Welling) as my Lois and Clark in the late 80s and would run them through my scenes and help them find that on screen magic that the world would fall in love with, which I knew when I met them would help me change the world. This included with Lego for my Lego movies and other merchandise revitalising the my Lego (via investments) as well as Hannah Babera for my Velma series as well as my Scooby Doo Movies with Sarah Michelle Gellar and Freddie Prince Junior who I met when I was  a child organising my productions and taking casting calls in Kettering, Northamptonshire at my school Our Lady's Convent. We would become good friends and I wanted her to play my Buffy in a series of the same name. Like other productions Warner contracted my tv series and I would publish my comic books of the same name based on drawings I did based of my cast and set a directive for Joss Wheedon despite his failings and failures to direct my creation as stated in the contract with Warner and himself should I due to criminal activity, assaults,poisonings and attempts to ruin my memory and life.

Picture evidence my CW crossovers and musical were written by me, and Appendix A shows that all but 2 of the actors who play or have played Superman were handpicked by me.

4.Therefore Warner knowingly breached contract and failed to follow my directives and would still later use me deceitfully for my CW network which at the time I had no idea I had made or to what extent I owned, all of which can be seen as serious fraud, human trafficking and in regards to medicine taking advantage of someone. They had also failed to effectively communicate with me over a 30 year period, having waited 12 years to speak with me as it would not be until 2004 that I would interact with any of my employees and or partners and links to. In fact 3 years earlier they would release my childhood adaptation and creation of the Justice League without consent on my network trademarked and created by me, in the UK ( my intellectual property) and in the US, called Cartoon Network.

NB. Appendix B - Email communication that followed a voicemail left with Ed Adams, the supposed Executive Vice President & General Manager, Wb Animation & Cartoon Network Studios at **Warner Bros**. Entertainment.

Rather than create an appointment and have prepared the legal documentation I requested, I was told as stated to contact the general counsel. I feel I was simply passed over but contacted  Jackie Evan's office anyway by phone as stated and email. Not only did I know this woman she has had dinner at my home, with my children, with other Warner executives like, I left a message and emailed her as well as emailing back Ed Adams assistant and office stating I had not been contacted or been able to reach the General counsel and that they should arrange the appointment and meeting. This was intentionally ignored as links to civil and criminal crimes including continued contracts with JK Rowling.

5.That this calculated, premeditated and malicious defamation, was aided by a white supremacist criminal,paedophile, human trafficking & terrorist organisation from Kettering, Northamptonshire, who have stalked and harassed my family for 32 years. All Warner executives and counsels from the 1980s to 2000s have had prior knowledge of this group's criminal activity as well as business directives created by me that should be followed should I be removed from my position either physically or mentally or both.

6. That Warner failed to identify, report, record abuse & crimes committed on and off sets, and in failing to have these crimes investigated and provide adequate protection on studio property and identify said threat to employees and or actors / actresses contracted to the studio they are liable for the the bombardment of assaults committed to me, my family including my children as well as every actor and actress in my DC Universe and beyond including those aforementioned as witnesses not just to crimes committed against their person in the past, my childhood but to crimes committed against other colleagues, and associates across the globe, for example, that attack of my Parasite cast, in Seoul, South Korea, which again relates to the removal of the South korean attache to Los Angeles due to

crimes committed by members of Hollywood as well as this white supremacist terrorist organisation as mentioned to various members of the UN, the UK Home Office and other government bodies and officials, as Olly Eldershaw destroyed 9 million pounds worth of Covid tests brought into the UK pre 2008 in preparation for the pandemic, as most fo the protocols used were designed by me as child then updated were needed however more research and money would have allowed us to save more lives including my mothers and so every person and institution involved in those decision is also liable for the deaths of millions

7. That along with JK Rowling Warner contracted against my expressed wishes via contractual obligations hired actors such as Dwayne Douglas Johnson & Kevin Hart supposedly for therefore not defrauding the public intentionally but actively broke the law to increase their stock market price and thus committed stock market fraud which in turn led to payments to Dwayne Douglas Johnson,Kevin Hart and a number of actors & actresses who not only belong to the Hollywood syndicate but are members of, and or have collaborated with this terrorist organisation.

> NB. A lawsuit against the United States of America, the Federal Bureau of investigation, the LAPD, The Beverly Hills PD, the Republican Party, Donald J Trump,as well as those mentioned above are also being filed due to their failure to identify, capture, detain, prosecute, extradie and based on the severity of their crimes execute kill orders that should have been issued by the White House & US state department due to the,

(6) "Weaponization" is the deliberate processing, preparation, packaging, or synthesis of any substance for use as a weapon or munition. "Weaponized agents" are those agents or substances prepared for dissemination through any explosive, thermal, pneumatic, or mechanical means.,

Of a biological nerve agent used to cause confusion, memory loss and control of an individual's motor skills and functions as the agent rapidly works through the targets or targets blood system.

This is just one method in which this organisation commits terrorist attacks and appropriates funds to finance its other avenues of crime. Which includes, child pornography, they often drug people & kidnap young girls and or boys to create extortion videos or blackmail videos which has been used on several politicians, actors as well citizens on a night out to government employees, law enforcement agents to witnesses like my dad, myself, members of my family and friend groups and others who have either been recruited via this method and have thus have aided & abetted child rape, kidnapping, rape, assault, sexual assault, attempted murder, arson, theft, grand larceny, automotor theft, serious fraud, gun smuggling to sex, drug & human trafficking.

In fact your honour I made it clear to the executives of warner that Dwayne Dougals not only raped me several times in the 1980s but that he also raped my mother as well as several of my guests and business associates as a member of this organisation and that he also, held me under water till I passed out and this was record by Jon Favreau

that he also raped my mother as well as several of my guests and business associates as a member of this organisation and that he also, held me under water till I passed out and this was record by Jon Favreau and was an attempt by this organisation to murder me while, committing serious fraud and creating an extortion video for Matthew Perry, David Schwimmer and Matt Le Blanc. I also informed them that at the time he had not only assaulted me with a car behind the Berkshire,143 N La Brea Ave, Los Angeles, CA 90036 but that he orchestrated with the help of this criminal organisation a sex orgy, which i was transported to,in which two toddlers were used, behind a  and I upon noticing this had to physically rugby tackle Grant Gustin to prevent him from becoming a victim of this organisation.

You should also note that Amazon Prime, Disney & Netflix are also being sued for the serious crimes committed on their grounds and production sets, which to be clear led to assaults, home invasions and child kidnappings by Dwayne Douglas Johnsion, Kevin Hart, Johnny Depp, Jennifer Aniston, Brad Pitt, Leonardo Di Caprio, Adam Sandler, with the aid of their counterparts from the United Kingdom, which includes Steve Parker, Robert Thompson, Olly Eldershaw, Alan King, Rory Newton, Brainne Penney, Ali Mitchell, Steven Cross, Ben McBean, Cathy Pack, Arron Pack, Sheila Cross, Kevin Cross, Brian Pack as well as a number of other associates.

NB. This links to information provided again to the Northamptonshire Police Department reference, Cybercrime Uk reference , the national crime agency reference, the counter terrorism unit UK reference,

As evidence is to be provided via His Majesty Secret Service and as well as other agents & attorneys who are aware of these crimes and have captured not only video and audio surveillance but eyewitness testimony.

Therefore after I clearly demonstrated to Warner my intentions and concerns they willfully and voluntarily chose to ignore me not just contractually as I have last say on all castings regarding my productions, but morally and decently, thus under the Patriots act they have aided and abetted a number of criminals who do not just have ties to this organisation but are members themselves, even if a different cell, and thus have helped to fund all of these crimes both directly and indirectly.

8. That Warner neglected to make changes regarding racist views and their expressions when original casting and production work started on my Justice League and that the media was paid to withhold vital information that the public should of been made aware of and that this is / was linked to serious fraud and misinformation which again ties to stock market fraud.

9. Warner endangered mine & my families lives by not placing injunctions & restraining order on actors and actresses associated with assault, kidnapping, racism,
They also should have liaised with law enforcement as well Homeland security, to ensure the safety of all child actors and actors under 18 years of age from the Hollywood syndicate and this white supremacist, criminal, human trafficking and terrorist organisation.

10. Warner breached contract which caused further violations of my human rights, which led to further crimes when they decided again against my wishes not to replace Dwayne Johnson with Dave Batista or John Cena, using my deep fake technology created by me in my childhood, which is also linked to the serious fraud and lawsuit against Jon Favreau who did not create , write or design any part of my Star wars universe & the Mandalorian, as George Lucas and Disney both know, again leading to further stock market manipulations, attempted murder, home invasions, assault, child kidnapping, poisonings and the murder of my parents, and so along with this organisation I will be seeking murder in the first as well as conspiracy to commit mass murder, since all actors, actresses , executives, politicians , attorneys are and were aware of my greatness and my global achievements as well as my duties and obligations to the world and its people. Their direct and malicious actions can never be forgiven just as the lives they have stolen can never know joy, seek happiness or know love.

NB. A perfect example would also be my Army of the Dead replacement using an actress from my Star Trek Discovery,

NB. A lawsuit and injunctions will also be placed on CBS with all my shows setting the following;

Created & written by Devan Liam Featherstone ( produced for TV by Devan Liam Featherstone, adapted from the characters created by Gene Rodenberry and produced by..) alongside a formal apology and recognition for all my achievements that were passed onto others who did not earn them.

11. Through these deceptions, poisonings they persuaded me to merge my Discovery with Warner and so they acquired an illegal acquisition. Like Discord to Microsoft for 2 billion, the sale of Spectrum for 106 billion, 9.3 billion to WWE and Vince Mcmahn, why would I have to buy my own company to merge with my UFC? Especially when I am suing him for serious fraud, assault, child rape and poisonings? I will also have Ryan Reynolds testify to the legal acquisition of his Mint mobile to my T Mobile. This will also include the acquisition of my Marvel Entertainment by Disney supposedly in 2009 when I was not in the country, and their attempted sale of my Hulu and Peacock. Had any of this been legal I would be sitting at home with my family spending my vast fortune on them and changing the world, instead of once again having to fight for my right to exist against what appears to be the largest serious fraud scam in history portrayed by a group of nazis disguising themselves as titans of industry, and this includes Jeff Bezos, Mark Zuckerberg, Reed Hasting, Marc Rundolph,Bill Gates, Steve Jobs, Elon Musk.And to reiterate both my parents would still be alive, as their quality of life would have afforded them the healthiest and best life style.

## CLAIMS

### First Claim

(Name the law or right violated:

_____)

(Name the defendants who violated it:

_____)

[Explain briefly here what the law is, what each defendant did to violate it, and how you were harmed. You do not need to make legal arguments. You can refer back to your statement of facts.]

The general measure of damages for breach of contract in California is set forth in Civil Code Section 3300: "For breach of an obligation arising from contract, the measure of damages, except where otherwise expressly provided by this code, is the amount which will compensate the party aggrieved for all the detriment proximately caused thereby, or which, in the ordinary course of things, would be likely to result from."

In fact, the general principle governing the measure of damages for a breach of contract was addressed by the California Supreme Court in Lewis Jorge Construction Management, Inc. v. Pomona Unified School Dist. (2004) 34 Cal 4th 960. The Court held "[d]amages awarded to an injured party for breach of contract "seek to approximate the agreed-upon performance." The goal is to put the plaintiff "in as good a position as [s/he] would have occupied" had the defendant had not breached the contract. In other words, the plaintiff is entitled to damages that are equivalent to the benefit of the plaintiff's contractual bargain. Id.

Executives - Jackie Evans; Ed Adams; Pamela Abdy, Richard Brenner, Paul Broucek, Mike Darnell, Michael De Luca, Channing Dungey,Jeff Goldenstein, Josh Goldstein, James Gunn, Mark Kaufman.Pam Lifford,Leslie Morgenstein, Jeff Nagler,Brett A Paul, Peter Safran & Sam Register.

Appendix 3 - https://www.warnerbros.com/company/leadership/divisional-executives

Criminal Copyright Infringement: Copyright infringement is a felony punishable by up to three years' imprisonment and a $250,000 fine under 17 U.S.C. § 506(a) and 18 U.S.C. Intellectual property theft is one someone steals an idea, creative expression, or invention from an individual or a company. IP theft can refer to someone stealing patents, copyrights, trademarks, or trade secrets.

Violations are punishable by up to five years' imprisonment and a $250,000 fine. Criminal Copyright Infringement: Copyright infringement is a felony punishable by up to three years' imprisonment and a $250,000 fine under 17 U.S.C. § 506(a) and 18 U.S.C.

Appendix 4 - https://fb.watch/lba9GCBd7-/?mibextid

Under California Penal Code section 484, any person who uses fraud or deceit to obtain possession to money, labor, or real personal property is guilty of theft by trick. California Penal Code 236 PC defines false imprisonment as the unlawful violation of the personal liberty of someone else. To violate someone's person's liberty means a sustained restriction of their freedom using violence, duress, fraud, deceit.

Intentional Infliction

If people were allowed to sue every time someone's behaviour upset them, everyone would be in court all the time. To avoid this, courts limit cases of intentional infliction of emotional distress (IIED) to instances where conduct is extreme and or outrageous.

&

Negligent infliction of emotional distress (NEID) is a tort, defined as emotional distress caused by negligent action. States differ greatly as to when they allow a cause of action for NEID and exactly how damages are calculated, unlike intentional infliction of emotional distress (IIED).

California Penal Code § 347 PC makes it a crime to poison a food, drink, medicine or water supply that you know is going to be consumed by human beings. This is a felony punishable by up to 5 years in prison, or longer if a victim suffers a serious injury or death.

In Penal Code 646.9 PC, California stalking laws make it a crime to follow, harass and threaten someone that he or she fears for his or her safety.

Individuals can face criminal charges if they are convicted of verbal abuse in California. One charge used by the state is Penal Code § 422: Criminal Threats. Individuals can face PC 422 charges if they threaten someone with: An act of violence. California's Criminal Conspiracy Laws – Penal Code 182 PC

A "conspiracy" is described as when you agree with one or more other people to commit a crime, and either you or they commit an act to further the agreement. A PC 182 conspiracy requires and agreement to commit a crime and an overt act to carry it out.

Warner intentionally  since they knew Harry Potter was my intellectual property & franchise, after breaching contract, created a fake merchant identity via JK Rowling,  in order to essentially launder my money both from the stock and shares held from previous business contracts and from my future earnings both as author, publisher, content creator , set designer, animatronic designer, cgi designer, make up artist , costume design,  having also been aware of all my productions having literally created them with my school friends at my school Our Lady's Convent in Kettering my, push counterfeit merchandise, and have therefore willingly conspired with others, other including paedophiles, child rapists, child murderers, child kidnappers, kidnappers, thieves,fraudsters, fellow employees, contracted employees from so called writers and executive producers, so called designers and creators, within their business and with other businesses to deprive me of my livelihood and my intellectual property.

This all of course links to copyright infringement

What is Section 188 of the California Penal Code?

(1) Malice is expressed when there is a deliberate intention to unlawfully take away the life of a fellow creature. (2) Malice is implied when no considerable provocation appears, or when the circumstances attending the killing show an abandoned and malignant heart.

What is California Penal Code 131?

Committing or suborning perjury in California is a felony and is punishable by up to four years in jail. A peace officer who commits perjury can be charged with either a misdemeanour or a felony. A peace officer convicted of felony perjury can be sent to prison for up to three years.

What is California Penal Code 524?

Penal Code 524 attempted extortion is "any person that attempts by any threat under Penal Code 519 to extort property or other consideration from somebody. It's punishable by county jail or state prison time for up to one year and a fine of up to $10,000, or by both fine and imprisonment."

According to California Penal Code 205, Aggravated Mayhem is defined as inflicting bodily injury on a victim and this is done with no regard for their physical or psychological welfare or health.

Penal Code Section 136.1 PC states that anyone who knowingly and maliciously prevents or dissuading a witness or victim, or attempts to do so, from attending or providing testimony at any proceeding, or making a report that could lead criminal action being taken, could be charged with dissuading a witness.

Under California Penal Code section 132, offering false evidence entails knowingly presenting false written evidence as if it were true or real in any legal proceeding and/or upon any inquiry authorized by law.

COMPLAINT PAGE _12__ OF _17__

127. Every person who willfully procures another person to commit perjury is guilty of subornation of perjury, and is punishable in the same manner as he would be if personally guilty of the perjury so procured. (Enacted 1872.)

What is California Penal Code 508?

508. Every clerk, agent, or servant of any person who fraudulently appropriates to his own use, or secretes with a fraudulent intent to appropriate to his own use, any property of another which has come into his control or care by virtue of his employment as such clerk, agent, or servant, is guilty of embezzlement.

What is California Penal Code 113?

Any person who manufactures, distributes or sells false documents to conceal the true citizenship or resident alien status of another person is guilty of a felony, and shall be punished by imprisonment pursuant to subdivision (h) of Section 1170 for five years or by a fine of seventy-five thousand dollars ($75,000).

In this case I am using penal code 113 to suggest that the premeditated manufacturing of false and fake contracts or documents to with the intent or direct action to conceal true ownership of intellectual property to precure favour and monetary assets that neither belonged to or should be accessible to either the company , ceo, director or other person including legal counsel or fraudster in this case being JK Rowling, who willfully and knowingly aided and abetted/ joined a human trafficking terrorist organisation with the malicious intent not just to do me and my family harm but others of colour, others from poorer societies and communities via serious fraud , grand larceny as well as every other crime as laid out in this lawsuit, not just on an occasion but on several , with every breath , appearance, interview and speech she along with Warner knew not only that she was lying but that they were defrauding the public via a scam which caused undue stress and harm to me and my family resulting in a 32 years of physical, emotional and psychological abuse.

What is California Penal Code 37?

Section 37 - Treason
(a) Treason against this state consists only in levying war against it, adhering to its enemies, or giving them aid and comfort, and can be committed only by persons owing allegiance to the state. The punishment of treason shall be death or life imprisonment without possibility of parole.

COMPLAINT PAGE _13__ OF __17_

4. The Patriot Act increased the penalties for those who commit terrorist crimes. Americans are threatened as much by the terrorist who pays for a bomb as by the one who pushes the button. That's why the Patriot Act imposed tough new penalties on those who commit and support terrorist operations, both at home and abroad. In particular, the Act: • Prohibits the harbouring of terrorists. The Act created a new offence that prohibits knowingly harbouring persons who have committed or are about to commit a variety of terrorist offences, such as: destruction of aircraft; use of nuclear, chemical, or biological weapons; use of weapons of mass destruction; bombing of government property; sabotage of nuclear facilities; and aircraft piracy. • Enhanced the inadequate maximum penalties for various crimes likely to be committed by terrorists: including arson, destruction of energy facilities, material support to terrorists and terrorist organisations, and destruction of national-defence materials. • Enhanced a number of conspiracy penalties, including for arson, killings in federal facilities, attacking communications systems, material support to terrorists, sabotage of nuclear facilities, and interference with flight crew members. Under previous law, many terrorism statutes did not specifically prohibit engaging in conspiracies to commit the underlying offences. In such cases, the government could only bring prosecutions under the general federal conspiracy provision, which carries a maximum penalty of only five years in prison. • Punishes terrorist attacks on mass transit systems. • Punishes bioterrorists. • Eliminates the statutes of limitations for certain terrorism crimes and lengthens them for other terrorist crimes.

What is Section 184 of the California Penal Code?

Section 184. 184. No agreement amounts to a conspiracy, unless some act, beside such agreement, be done within this state to effect the object thereof, by one or more of the parties to such agreement and the trial of cases of conspiracy may be had in any county in which any such act be done.

## DEMAND FOR RELIEF

[State what you want the Court to do. Depending on your claims, you may ask the Court to award you money or order the defendant to do something or stop doing something. If you are asking for money, you can say how much you are asking for and why you should get that amount, or describe the different kinds of harm caused by the defendant.]

I would like to be awarded the total sum of $750 billion dollars for the intentional theft,deceptions, stock market fraud , tortures, humiliations & defamations suffered from having to not only endure the lies in the media, the false & fake award ceremonies but also having to repeatedly hear how wonderful my books are from people who either believe JK Rowling created them or who have been lied to over several years, despite Warner being fully aware in 1988 whose books they were and that I had created production of my books into bot school lays and movies, and that i had created inventions,including animatronics of my creatures the Hippogriff,Niffler, Bowtruckle and Dragon, which she didn't even draw then or have any manuscript , first draft or intention.

*I feel that this along with the deception and frauds, including grand larceny, the theft of copyright, intellectual property constitutes a theft not jus of identity but my entire super genius being and these exploitations were not just deliberate due to their delusions of grandeur but due to narcissistic and deep seeded racism, which ironically can be sown by their way of life , friendship groups all of which is false and meant to create a*

*§ 1107.1.  Restitution for identity theft.*
*(a)  General rule.--The court shall, in addition to any other restitution sentence or order authorized by law, sentence a person convicted of a violation of section 4106 (relating to access device fraud) or 4120 (relating to identity theft) to make restitution for all reasonable expenses incurred by the victim or on the victim's behalf:*
*(1)  to investigate theft of the victim's identity;*
*(2)  to bring or defend civil or criminal actions related to theft of the victim's identity; or*
*(3)  to take other efforts to correct the victim's credit record or negative credit reports related to theft of the victim's identity.*
*(b)  Types of expenses.--The types of expenses recoverable under this section include, but are not limited to:*
*(1)  fees for professional services by attorneys or accountants;*
*(2)  fees and costs imposed by credit bureaus, associated with efforts to correct the victim's credit record, incurred in private investigations or associated with contesting unwarranted debt collections; and*

*(3)  court costs and filing fees.(Sept. 18, 2009, P.L.391, No.42, eff. 60 days)***2009 Amendment.**  *Act 42 added section 1107.1.*

All of which can be testified to by my entire infantry school, their parents, the Royal family, as well as other prominent families from around the world. Being unable to share my thoughts on my own works or receiving the validation of the creative awards for it demonstrates the nazism that has fueled these malicious attacks over 30 years.

I would like immediate injunctions placed on all movies and tv shows until all legal documents are produced all frivolous contracts are seized and the criminal assailants who have been contracted to or by Warner such as Dwayne Johnson, Kevin Hart, Andy Samberg and JK Rowling along with any other fraudster, thief or criminal. This will include the removal of Warner from the IOC European broadcasting contract.

I want warrants issued for every executive who knowingly acted or violated contractual law to purposefully remove me from my intellectual property, via human trafficking which included multiple assaults on and off Warners TV sets and movie productions, over  & lawfully labelled terrorists and by those who as stated above were contracted to this irreparable company whose association with these criminals who literally perverted the entertainment industry through sexual abuse, home invasion, child rape, kidnapping and threats of violence, which expanded to the other lawsuits filed against Netflix and those mentioned below.

Subpoenas for all financial & tax documents and a federal, public & international investigation launched, which  should reflect the cum ex investigation and will include but not be limited to Amazon Prime, Tubi, Fubo, Netflix, Hulu, Peacock , Quibi, The Food Network, Cartoon Network, The CW, Tesla, Amazon and Disney in regards to Jon Favreau, Marvel in regards to Kevin Feigi and Zack Snyder in regards to DC studios.

I would also insist that congressional hearing is launched in order for laws to be amended to ensure that this kind of behaviour and deceptions is not possible in the future and that any attempt to bribe, or through the use of non disclosure agreements,  to cover up such crimes are met with the same force of action as those who have as this company has via the patriots act, and terrorist charges be brought against them with no less than 30 years imprisonment with personal fines no smaller than $ 50 million per executive and the removal of stack asset and or sharese ensuring the company has no ties to terrorism both domestic and international.

Lastly I would as per the penal code system see that every executive , actor and actress along with this criminal organisation, legally detained until trial without exception.

## DEMAND FOR JURY TRIAL

[Check this box if you want your case to be decided by a jury, instead of a judge, if allowed.]

Plaintiff demands a jury trial on all issues.

Respectfully submitted,

Date:

Sign Name:

Print Name:

2/13/23, 10:24 AM (43 unread) - graeme.rudge@sbcglobal.net - AT&T Yahoo Mail - Fwd: Urgent Fwd: Your voicemail to Ed Adams

Case 2:25-cv-04314   Document 1-3   Filed 05/13/25   Page 18 of 22   Page ID #:22

Compose          Delete      Spam      Actions ▾      Apply

graeme.rudge@sb.../Inbox

**Inbox**                    13

**Fwd: Urgent Fwd: Your voicemail to Ed Adams**

Drafts

Sent                                         Feb 7 at 3:45 PM

Archive                                      Print   Raw message

Spam          **Devan Featherstone** <devanfeatherstone549@
              gmail.com>
Trash         To: graeme.rudge@sbcglobal.net

Folders        Edit  Hide    please print

+ New folder

Chase Credit Card      2     ---------- Forwarded message ---------
                             From: Devan Featherstone <devanfeatherstone549@gmail.com>
1 E Cards Hallmark others     Date: Fri, 2 Sept 2022 at 11:08
                             Subject: Fwd: Urgent Fwd: Your voicemail to Ed Adams
1 Yahoo Greetings            To: <jackie.hayes@warnerbros.com>

123 Greetings
                             Good Afternoon Jackie,
1iota                  2
                             It's Devan Featherstone and I was hoping we coudl discuss the email below as
ADC FOLDER                   soon as possible.

Adult Friend Finder          Please contact me via this email or by phone on 424 877 3773.

Air B & B
                             Yours Sincerely,
Ally
                             Devan Featherstone
Amber
                             ---------- Forwarded message ---------
Amtrak Web Site              From: Devan Featherstone <devanfeatherstone549@gmail.com>
                             Date: Sat, Aug 6, 2022, 4:08 PM
Annette                      Subject: Urgent Fwd: Your voicemail to Ed Adams
                             To: Devan Featherstone <devanfeatherstone549@gmail.com>
Annette Apple Credit Card

Annette Peloton
                             Good Afternoon Cher,
Ashley
                             Please see my reply to Kiara and ensure that an appropriate., meeting location
Ashley Madison               & time, is set and then sent to me via email, either by you or the General
                             Counsels offices.
AT & T                 5
                             I look forward to hearing from you.
Avis

AXS Weekly LA Guide    4     God bless.

Back Page                    Your Sincerely,

Badoo                        Devan Featherstone

Baja Fresh                   ---------- Forwarded message ---------
                             From: Devan Featherstone <devanfeatherstone549@gmail.com>
Bally Fitness                Date: Sat, Aug 6, 2022, 2:12 PM
                             Subject: Re: Your voicemail to Ed Adams
Bangkok Air Fare Deals       To: Tirimacco, Kira <Kira.Tirimacco@warnerbros.com>
                             Cc: <mlapolicy@homeoffice.gov.uk>
Bash Boxing

Basil Waters
                             Good Afternoon Kira,
Bazza Party            33
                             I hope all is well?
Belize

Bella                        Please can you tell me if yourself and Ed have made a time and a place in
                             which we can discuss the information sent to you via my last email?
Best Buy
                             Thank you,
Bloggs

Bogdin                       Kind regards,

Booking.com

Brian VINNIE Moore           Devan Featherstone

Brit Box

British Airways

Budweiser
Bunny - RG
Bunny R
Cannabis Cafe              1
Canon Camera
Catherine - Eng
Chanel
Chaniya
Charlotte
Citibank Info              1
Clarence - Ryan
Climb California
Cooking Professionally
Craigs List Ads
Craigs List G
Credit Check - AAA         6
Credit Karma              13
Credit Sesame              5
Currency Exchange Rates
CVS
Danielle-Dee
Danny and Frasier Kelly    3
Davis James
Dell Computer
DENVER AWAY
Dickster
Dino
Discover Card              2
DMV Web Site
Downtown Stage LA          3
Drafts
Elita Loresca
ENGLAND TRIP - May 2017
England Trip April 2019
ENGLAND TRIP Aug Sept 20...
England Trip Sept 2018
English Passport           1
Erica
Eventbrite                 3
Expedia
Facebook
Fidelity Vectovest
Fidelity Only
Frankie                    3
G General
Galaxy v YIDS
Gary
Godfrey Hotel

On Tue, Aug 2, 2022, 1:18 PM Devan Featherstone
<devanfeatherstone549@gmail.com> wrote:

Good Afternoon Kira,

Thank you for your response.

I was under the impression that Edward Lawrence Adams was the Attorney for Warner studios?

That he specifically resided over Warner animations & Cartoon Network the latter of which I created before its launch in October 1992.

He would thus be fully aware of my dealings with DC, Hanah Babrabra specifically the Scooby-Doo movies and the WWE as well as the fraudulent use of Kevin Hart and Dwayne Johnson as the voices for a film I created in my childhood called Superpets which launches tomorrow?? Which was clearly stated over a decade ago by myself desiring Dave Batista to replace Mr Johnson due to these crimes and Mr Hart due to his crimes which involve the same actions with either Channing Tatum or as per my Smallville comic and TV series Tom Welling and Michael Rosenbaum having been the person who both casted and groomed Tom Welling and Erica Durance for their roles in my show.

I would also like to discuss the ndas regarding the below. Of course if none exist then I can only assume Warner has knowingly been complicit with assaults, racism as I was in America when this production started and was there when Ray bought his concerns to Warner regarding my film and my choice of director Zack Snyder with actors Gal Gadot and Jason Mamoa.

Warner Bros. issued a statement tonight regarding an investigation it conducted on the Justice League production after complaints were aired by Ray Fisher, who played "Cyborg" in the film. The investigation stems from Fisher's tweet back on July 1, alleging director Joss Whedon's "gross, abusive" conduct on set. Oct 29, 2020.

I also made it clear that Black Adam was to be reshot with Dave Batista as the main role not Dwayen Johnson using technology I created that we used in my Army of the Dead.

In fact Mr Johnsons last crimes were commited in June 2019 & I have both mobile footage and witnesses to confirm that he along with this organisation whom he has known before 1993 illegally gained entry to the domicile in which I resided poisoned me and then tried to coerce false statements, extortion footage and the possibel theft of monetary assets due to my intention of Prosecution which is still going ahead given the circumstances.

Please note this included him and this organisation for unknwown reasons bringing female minors one of whom was raped by Olly Eldershaw in which I was forced to watch. It is unclear what hqppend to the other sbut given other evidence and reports gathered including eye witness testimonies this is not the first time Mr Johnson has partaken in such activity of his own volition.

So while I will contact them immediately BUT given the circumstances it would be more productive if he and yourself arranged a meeting at the Burbank office sometime this week with the following parties,

Courtney Devon Armstrong - Senior Vice President of Business Affairs

(Who should know me having met him with Slyvester Stallone on more than one occasion and whom has had dinner with both our families, regarding my affairs with Warner and a matter pertaining to this communication)

Lori Ann Blackstone - Senior Counsel

Please let me know when this has been arranged by your department given the impact of that stated.

I remind you that this information and the planned prosecution of Mr Johnson and Mr Hart remain confidential given the very serious nature of these crimes.

I hope this is matter is resolved quickly & positively as any negative proceedings woudl result in a serious drop in the share price and would lead to serious questions over Warners

Yours Sincerely,

## Fwd: Your voicemail to Ed Adams    graeme.rudge@sb.../Inbox

**DF**

Feb 7 at 3:45 PM

Print    Raw message

**Devan Featherstone** <devanfeatherstone549@
gmail.com>
Cc: graeme.rudge@sbcglobal.net

Please print thank you!!

--------- Forwarded message ---------
From: Devan Featherstone <devanfeatherstone549@gmail.com>
Date: Tue, 7 Feb 2023 at 15:44
Subject: Fwd: Your voicemail to Ed Adams
To: <jackie.hayes@warnerbros.com>, <cher.bentley@warnerbros.com>,
Tirimacco, Kira <Kira.Tirimacco@warnerbros.com>
Cc: <foi@governmentlegal.gov.uk>, FOI <foi@supremecourt.uk>,
<foreigndesk@sunday-times.co.uk>, NCA <communication@nca.gov.uk>,
UN Petitions <petitions@ohchr.org>, United Nations <gbrlo@unhcr.org>,
<mla@hmrc.gov.uk>, <mlapolicy@homeoffice.gov.uk>,
<data.access@justice.gov.uk>, <bonep@parliament.uk>, <confidential-
hotline@mod.uk>, <datarequests@doj.ca.gov>, European Parliament
<eplondon@europarl.europa.eu>, Jack Boyd
<jack.boyd@andersonadvocates.com>

Good Afternoon Jackie,

This is an official request for information under the freedom of information
act protected under international law for all document and contracts held with
your office from 1986 onwards  regarding any and all bill of sales and or
purchase agreements for my intellectual property and held with yourselves in
regards to my contracts and agreements with Hannah Barbera and DC comics.

I would also like to book an appointment with you to discuss legal matters as
I am about to file lawsuits regarding human trafficking as well as stock market
manipulations and public fraud.

You or your office can contact me via this email or by phone but please be
aware that no action lead to the use of cctv footage as well photos that noty
only demonstrate our personal relationship but other evidence already
gathered regarding the professional and business relationship that has existed
since the 1980s.

I look forward to hearing from you but I last contacted you on 02/09/2022
and have heard no word from any of you.

Yours Sincerely,

Devan Featherstone

--------- Forwarded message ---------
From: Tirimacco, Kira <Kira.Tirimacco@warnerbros.com>
Date: Fri, 29 Jul 2022 at 13:07
Subject: Your voicemail to Ed Adams
To: Devanfeatherstone549@gmail.com <Devanfeatherstone549@gmail.com>

Hello Devan –
I received the voicemail you left for Ed Adams and shared the information
with him.  He requested that I direct you to contact the General Counsel's
Office. The phone number for that office is 1.818.977.6412.

Best Regards,
Kira

**Kira Tirimacco (she/her/hers)**
**Exec. Ass't to Ed Adams**
**EVP and GM, WB Animation and Cartoon Network Studios**
*kira.tirimacco@warnerbros.com*

Compose    Delete    Spam    Actions    Apply

Inbox    14
Drafts
Sent
Archive
Spam
Trash

Folders    Edit  Hide

+ New folder
Chase Credit Card    2
1 E Cards Hallmark others
1 Yahoo Greetings
123 Greetings
1iota    2
ADC FOLDER
Adult Friend Finder
Air B & B
Ally
Amber
Amtrak Web Site
Annette
Annette Apple Credit Card
Annette Peloton
Ashley
Ashley Madison
AT & T    5
Avis
AXS Weekly LA Guide    4
Back Page
Badoo
Baja Fresh
Bally Fitness
Bangkok Air Fare Deals
Bash Boxing
Basil Waters
Bazza Party    33
Belize
Bella
Best Buy
Bloggs
Bogdin
Booking.com
Brian VINNIE Moore
Brit Box
British Airways

Compose

Delete    Spam    Actions ▼    Apply

**Fwd: Your voicemail to Ed Adams**    graeme.rudge@sb.../Inbox

Inbox                15

Drafts

Sent

Archive

Spam

Trash

**DF**                        Feb 7 at 3:28 PM
                              Print    Raw message

**Devan Featherstone** <devanfeatherstone549@
gmail.com>
To: graeme.rudge@sbcglobal.net

Please print. Thank you.

Folders          Edit  Hide

+ New folder

Chase Credit Card        2

1 E Cards Hallmark others

1 Yahoo Greetings

123 Greetings

1iota                    2

ADC FOLDER

Adult Friend Finder

Air B & B

Ally

Amber

Amtrak Web Site

Annette

Annette Apple Credit Card

Annette Peloton

Ashley

Ashley Madison

AT & T                   5

Avis

AXS Weekly LA Guide      4

Back Page

Badoo

Baja Fresh

Bally Fitness

Bangkok Air Fare Deals

Bash Boxing

Basil Waters

Bazza Party             33

Belize

Bella

Best Buy

Bloggs

Bogdin

Booking.com

Brian VINNIE MOORE

Brit Box

British Airways

---------- Forwarded message ---------
From: Tirimacco, Kira <Kira.Tirimacco@warnerbros.com>
Date: Fri, 29 Jul 2022 at 13:07
Subject: Your voicemail to Ed Adams
To: Devanfeatherstone549@gmail.com <Devanfeatherstone549@gmail.com>

Hello Devan –
I received the voicemail you left for Ed Adams and shared the information
with him.  He requested that I direct you to contact the General Counsel's
Office. The phone number for that office is 1.818.977.6412.

Best Regards,
Kira

*Kira Tirimacco (she/her/hers)*
*Exec. Ass't to Ed Adams*
*EVP and GM, WB Animation and Cartoon Network Studios*
*kira.tirimacco@warnerbros.com*

⦿ Device care    🕐 🔕 ◦ 📶 ▪ 5%

# Battery power 5%

Charge your phone or tap here to turn..

Close

May at 03:00 · 🌐

# #superman

