# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEVAN FEATHERSTONE, | Case No. 2:25-cv-04314-AH (MAAx) |
| Plaintiff, | |
| v. | **FINAL JUDGMENT** |
| WARNER BROS. DISCOVERY, INC., | |
| Defendant. | |

For the reasons stated in the separate order of dismissal entered on June 23, 2025, this action is dismissed with prejudice.

This is a final judgment.

Dated: June 23, 2025

_____
HON. ANNE HWANG
UNITED STATES DISTRICT JUDGE